

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2014

No. 04-13-00720-CV

Marilyn **STEWART,**
Appellant

v.

**THE CITY OF SAN ANTONIO,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09344
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

In accordance with this court's order dated January 3, 2014, the appellant's brief (that is to be limited to the trial court's finding that the appeal is frivolous and is not to address appellant's indigence) was originally due to be filed on January 22, 2014. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to February 10, 2014. On February 10, 2014, the appellant filed a motion requesting an additional thirty-day extension of time to file the brief. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by March 12, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court